SPRING MOTORS DISTRIBUTORS, INC. v. FORD
MOTOR COMPANY.

November 1, 1983.

Petition for certification granted. (See 191 *N.J.Super.* 22)

SPRING MOTORS DISTRIBUTORS, INC. v. CLARK
EQUIPMENT COMPANY.

November 1, 1983.

Petition for certification granted. (See 191 *N.J.Super.* 22)

STATE OF NEW JERSEY v. JOSEPH BASS.

November 1, 1983.

Petition for certification denied.

STATE OF NEW JERSEY v. THOMAS LONERGAN.

November 1, 1983.

Petition for certification denied.